UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:25-cv-02310-JSS-NWH

JOHN HENDERSON,

    Plaintiff,

v.

TRANS UNION, LLC; and
NATIONAL CREDIT SYSTEMS INC;

    Defendants.
_____/

## DEFENDANT TRANS UNION LLC'S SUPPLEMENT TO NOTICE OF REMOVAL

Trans Union, by and through undersigned counsel, hereby submits this supplement to its Notice of Removal filed on December 3, 2025 [ECF No. 1] to clarify the unanimous consent of all defendants in the removal of this action.

Written consent from National Credit Systems Inc. ("NCS") was previously provided via email on November 25, 2025 (Exhibit A). Due to an administrative oversight, this detail was not included in Trans Union's initial Notice of Removal. Furthermore, on December 10, 2025, NCS filed its Motion for Extension of Time to File Answer [ECF No. 9] during which NCS explicitly noted: "[c]o-Defendant Trans Union, LLC, timely removed to the Middle District of Florida on December 3, 2025." This statement further evidences NCS's acknowledgment and consent regarding the removal process within the 30-day statutory limit prescribed in 28 U.S.C. § 1446(b). As additional confirmation, we have attached a Notice of Consent of Removal from NCS to inform the Court of the unanimous consent of all parties (Exhibit B).

Date: December 19, 2025                            Respectfully submitted,

                                                    **BUCHANAN INGERSOLL & ROONEY PC**

                                                    By: */s/ Victor Allaham*
                                                    Victor Allaham, Esq. (FBN 1064459)

640 Fifth Ave, 9th Floor
New York, NY 10019
Victor.allaham@bipc.com
212-440-4425

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to all attorneys of record in this matter.

                                         */s/Victor Allaham*
                                         Victor Allaham, Esq. (FBN 1064459)