# EXHIBIT A

| | |
|---|---|
| **From:** | jgreen@nationalcreditsystems.com |
| **Sent:** | Tuesday, November 25, 2025 9:27 AM |
| **To:** | ▬▬▬▬▬▬▬▬▬▬ Victor Allaham |
| **Cc:** | ▬▬▬▬▬▬▬▬▬▬ |
| **Subject:** | RE: Henderson v. Trans Union, LLC and National Credit Systems, Inc.; Case No. 2025 13630 CICI (Volusia County) |
| **Attachments:** | Complaint_pages4-10.pdf |



This message needs your attention
- This is their first email to your company.

Buchanan Email Security

Victor,

Victor,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I assume that you want permission to remove.  If so-you have our permission?

Thank you,

**Jonathan Green | General Counsel**



National Credit Systems, Inc.
Your best collection solution

404-629-9595  Ext. 365

www.nationalcreditsystems.com

This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose

This message and any attachments may contain confidential and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use, or disclose this communication to others.  You should notify the sender by replying to this message, and then promptly delete it from your system.  Thank you.

1