# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:25-cv-02310-JSS-NWH

JOHN HENDERSON,

       Plaintiff,

v.

TRANS UNION, LLC; and
NATIONAL CREDIT SYSTEMS INC.;

       Defendants.
_____/

## NATIONAL CREDIT SYSTEMS INC'S NOTICE OF CONSENT TO REMOVAL

      Without waiving any of its defenses or other rights, Defendant National Credit Systems Inc. hereby gives further notice of its consent to the removal of this action from the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida. Written consent was originally provided to Trans Union on November 25, 2025.

Date: December 19, 2025                  Respectfully submitted,

                                             GILES & HARPER, LLC
                                             /s/ Brian T. Giles
                                             Brian T. Giles (Fla Bar No. 0929751)
                                             7247 Beechmont Ave.
                                             Cincinnati, Ohio 45230
                                             513-379-2715; bgiles@gilesharper.com

                                             Counsel for Defendant National Credit Systems Inc.